United States District Court
Eastern District Of Louisiana

LeRoy a/k/a Derek L. McSmith

v.

Loyola University

07-9251
SECT. J MAG. 1

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 1 2 2007
LORETTA G. WHYTE
CLERK

Plaintiff's Motion For Leave To File The Attached Complaint

Plaintiff moves to file the attached complaint on the basis that an individual has unrestricted access to a federal depository for which plaintiff has been denied by Loyola University. When an individual files as a pauper pursuant to U.S.C. 1915 (d) the court has to make a fact finding evaluation of the merit of the complaint thereby making a motion for leave to file a duplicate step serving the same purpose.

LeRoy

lry-z@yahoo.com

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

<u>Certificate Of Service</u>

I hereby certify that the attached has been served upon opposing counsel by fax provided below:

    Counsel for Loyola University
    6363 St. Charles Ave.
    New Orleans, LA

This the _____ day of _____ MMVII

_____
LeRoy

Ivy-z@yahoo.com