UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Leroy a/k/a Derek L. McSmith           CA#

V                                                          07-9251
                                                           SECT. J MAG. 1
Loyola University              /   COMPLAINT

Plaintiff brings this action against the above named defendant for violation of Title 44 U.S.C. Section 1911 as it relates to the denial of access to both federal depositories maintained at Loyola University in New Orleans, LA.

II

Defendant may be served via Kevin Wm. Wildes at 6363 Saint Charles Ave. New Orleans, LA.

III

Leroy may be served with all notices, orders and pleadings by placing a copy in the file or at lry_z@yahoo.com upon which time the order, notice or pleading can be downloaded.

___ Fee Pauper
___ Process___
_X_ Dktd___
___ CtRmDep___
___ Doc. No.___

# STATEMENT OF CLAIM FOR WHICH RELIEF MAY BE GRANTED

On the morning of 12-3-07 Leroy appeared at the central library on the campus of Loyola University for purposes to conduct federal research.

Upon entering the library Leroy went to the counter and asked both clerks at the desk if the library was a federal depository.

The first clerk indicated she was not sure but that she thought it was a registered federal depository. Leroy then proceded to ask the second clerk at the desk if the library was a federal depository and the clerk said yes upon which time Leroy asked what floor housed the federal publications and the response was the third floor all the way in the back as one exits the elevator.

As Leroy proceded to the computer monitor to obtain certain codes relevant to his research and to gather his belongings less than 5 minutes passed before Leroy was approached by campus police and told that he had to leave the library on the basis that plaintiff has been previously banned from the entire campus.

Leroy was escorted to the campus police office and issued a summons pursuant municipal code ordinance 54-153 for criminal trespassing inside a federal depository library.

Leroy also signed a separate document entitled a D-4 providing Leroy with notice for the first time that he was being banned from all Loyola University facilities effective December 3, 2007.   Leroy was not provided a copy of the document.

There is not any evidence that Leroy was being disruptive to students at the location or hindering the students or any other individual's use of the library.

Defendant banned Leroy from both libraries on the basis that they do not like his presence on the campus for which is not grounds to deny plaintiff access to a federal depository.

If there are 500 federal depository libraries within the metropolitan area of New Orleans Leroy has the right thru citizenship to walk into any one of these libraries and use their facilities so long as plaintiff is complying with the rules and procedures of that particular library.

Loyola University has arbitrarily decided to ban plaintiff from the federal depositories due to reasons unknown to plaintiff and as a result plaintiff seeks an order to provide plaintiff with the opportunity to appear on the campus of Loyola University and use any one of two federal depository libraries.


------------------------------------- Leroy -----

Iry-2@yahoo.com