

Resources by Topic [Go]  Site Search: advanced [Go]

LEGISLATIVE / EXECUTIVE / JUDICIAL / HELP / ABOUT /
A-Z RESOURCE LIST | FIND A FEDERAL DEPOSITORY LIBRARY | BUY PUBLICATIONS

**RELATED RESOURCES**

- Locate Federal Depository Libraries
- Catalog of U.S. Government Publications
- FDLP Desktop
- FDLP Council

**ABOUT GOVERNMENT**



Ben's Guide to U.S. Government

Home Page > Use Publications in Libraries > About the Federal Depository Library Program

# About the Federal Depository Library Program (FDLP)

For more than 140 years, The Government Printing Office (GPO) has kept America informed by producing and distributing Federal government information products. GPO combines conventional technology with state-of-the-art methods whether providing public access to Government information online, or producing or procuring printed publications that serve the information needs of the U.S. Congress, Federal agencies and the American public.



Through the **Office of Information Dissemination (SuDocs)** programs, GPO disseminates the largest volume of U.S. government publications and information in the world.

The **Federal Depository Library Program** (FDLP) is by far the largest and best known of the Office of Information Dissemination (SuDocs). Established by Congress to ensure that the American public has access to its Government's information, this program involves the acquisition, format conversion, and distribution of depository materials and the coordination of Federal depository libraries in the 50 states, the District of Columbia and U.S. territories.

The mission of the FDLP is to disseminate information products from all three branches of the Government to over 1,250 libraries nationwide. Libraries that have been designated as Federal depositories maintain these information products as part of their existing collections and are responsible for assuring that the public has free access to the material provided by the FDLP.

The Federal Depository Library Program (FDLP) was established by Congress to ensure that the American public has access to its Government's information. Since 1813, depository libraries have safeguarded the public's right to know by collecting, organizing, maintaining, preserving, and assisting users with information from the Federal Government. The FDLP provides Government information at no cost to designated depository libraries throughout the country and territories. These depository libraries, in turn, provide local, no-fee access to Government information in an impartial environment with professional assistance.

As institutions committed to equity of access and dedicated to free and unrestricted public use, the nation's nearly 1,250 depository libraries serve as one of the vital links between "We the people" and our Government. Anyone can visit Federal depository libraries and use the Federal depository collections which are filled with information on careers, business opportunities, consumer information, health and nutrition, legal and regulatory information, demographics, and numerous other subjects.

A service of the U.S. Government Printing Office.

Last updated: May 5, 2006
Page Name: http://www.gpoaccess.gov/fdlp.html