# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

Leroy a/k/a Derek L. McSmith                    CA#

V

Loyola University                          /          **07-9251**

**SECT. J MAG. 1**

## PLAINTIFF'S CERTIFICATE OF COMPLIANCE

---

Pursuant to local rule 65.1 or the relevant rule Leroy hereby certifies that

he has forwarded to defendant all pleadings filed in this prior to submitted

Plaintiff's Emergency Motion For Injunctive Relief.

_Leroy_

_____

lry_z@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that the attached has been served upon opposing counsel

via fax provided below:   *Counsel for Loyola University 6363 St. Charles Ave. New Orleans, LA*

This the   3rd   day of   XII   **MMVII.**

_Leroy_

lry_z@yahoo.com