# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

LeRoy a/k/a Derek M'Smith

v.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE 07- 9251

SECT. J MAG. 1

I, LeRoy a/k/a Derek M'Smith, declare that I am the (check appropriate box)
☐ petitioner/plaintiff/movant   ☐ other

in the above-styled and -numbered proceeding, and that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint, petition, or motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐ Yes   ☑ No   (If "No," go to Question 2)

   If "Yes," state the place of your incarceration: _____
   Are you employed at your place of incarceration?   ☐ Yes   ☐ No
   Do you receive any payment from your place of incarceration?   ☐ Yes   ☐ No

   Have your place of incarceration complete the *CERTIFICATE* portion of this affidavit and attach a ledger sheet from that institution and all others showing at least **the past six month's** transactions.

2. Are you currently employed?   ☐ Yes   ☑ No

   a. If your answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer:

      $ _____ salary or wages per _____

      Employer's name and address:

   b. If your answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your employer: Last date 11-13-07. $ 40.00.

      $ 8.00 salary or wages per hr

      Employer's name and address: Jan King, Inc New Orleans, LA. Street address not provided.

3. In the past twelve months have you received any money from any of the following sources?

   a. Business, profession, or other self-employment   ☑ Yes   ☐ No
   b. Rent payments, interest, or dividends   ☐ Yes   ☑ No
   c. Pensions, annuities, or life insurance payments   ☐ Yes   ☑ No
   d. Disability or workers compensation payments   ☐ Yes   ☑ No
   e. Gifts or inheritances   ☐ Yes   ☑ No
   f. Any other source   ☐ Yes   ☑ No

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

If the answer to any item in Question 3 is "Yes," describe each source of money and state the amount received **and** what you expect you will continue to receive. Jan King, Inc. #40.00. I expect to receive zero dollars in the future.

4. Do you have **any** cash or **any** checking or savings accounts?  ☐ Yes  ☑ No   If "Yes," state the total amount: $_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles, or other valuable property?  ☐ Yes  ☑ No

   If "Yes," describe the property and state its value:  N/A

6. List the persons who are dependent on you for support, state your relationship to each person, and state how much you contribute to their support.

| Name | Relationship | Amount Contributed for Support |
|---|---|---|
| — | — | — |

I declare under penalty of perjury that the foregoing information is true and correct.

11-20-07
Date

LeRoy a/k/a Jerek M'Smith
Signature of Applicant