UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Leroy a/k/a Derek L. McSmith     CA#

V

Loyola University     /

**07-9251**

**SECT. J MAG. 1**

## PLAINTIFF'S EMERGENCY MOTION FOR INJUNCTIVE RELIEF

In filing this motion for injunctive relief plaintiff moves for the court to view the complaint filed in this action along with exhibit one attached to the complaint.

Plaintiff satisfies the four prongs in order to be granted injunctive relief most noteably that the public interest outweighs any damage that could be sustained by defendant.

Loyola University libraries by virtue of being federal depositories have an obligation to provide the public unrestricted use to do otherwise would violate the equity of access provision.

Iry_z@yahoo.com     Leroy

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# CERTIFICATE OF SERVICE

I hereby certify that the attached has been served upon opposing counsel via fax provided below:

Counsel for Loyola University
6363 St. Charles Ave.
New Orleans, LA

This the 3rd day of XII MMVII.

LeRoy

lry_z@yahoo.com