Case 2:07-cv-09251-CJB-SS   Document 3   Filed 01/23/08   Page 1 of 3

U.S. DISTRICT COURT
Eastern District of Louisiana

FILED    JAN 2 3 2008

LORETTA G. WHYTE
Clerk WP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Leroy

v

Loyola University                    /

CA# 2:07 CV 09251

07-9251 J(1)

PLAINTIFF'S MOTION FOR RELIEF PURSUANT TO FED.
R. CIV. P. ~~(6)(b)~~ (b)(6)

---

Plaintiff submits this motion seeking relief from the order initially denying plaintiff an order for access to the federal depository at Loyola University.

In the matter of Commonwealth v. Downing, 511 A. 2d 792, 795 (Pa. 1986) the subject was arrested not because the library in question did not comply with the provisions of 44 U.S.C. 1911.

The subject was arrested for defiant trespass for demanding access to the federal depository after the library had let it be known to the public that restricted hours for the library were going to be in place due to an examination period for students.

Fee ___
Process ___
X Dktd ___
X CtRmDep ___
Doc No. ___

As in this case as illustrated by exhibit one Leroy was greeted with a summons to appear in court and was cited for activity relative to trespassing. Loyola University is a federal depository exhibit 2.

Defendant violated the provisions of 44 U.S.C. 1911 by denying Leroy free and impartial access to the government documents located on the third floor of the library.

Leroy signed a form entitled a D-4 providing notice that he had been banned from the federal depository on the same date that exhibit one was issued but was denied a copy of the D-4 notice.

Prior to signing the D-4 notice and being issued the citation Leroy had not been informed either by the police or any representative from the library that he had been banned from the library which explains plaintiff's presence at the library on 12-3-07 and this subsequent civil action.

The court in this action initially denied relief on the basis that plaintiff did not show that he was denied access or that the publication would not have been provided at a later date.

Plaintiff satisfies the two prong criteria with exhibit one and seeks relief that would provide plaintiff with the option of making Loyola University's federal depositories an option among other federal depositories in New Orleans that Leroy can visit to view government documents.

Distinct from the case law provided herein ~~the~~ Loyola never sought to make arrangements for the viewing of government documents and plaintiff was at the library during normal business hours when he was issued a summons.

_____   *Leroy*
745 Forest Parkway
Forest Park, GA 30297