**STATE OF LOUISIANA**     **PARISH OF ORLEANS**

**AFFIDAVIT**

ITEM NO. L-2939-07

**MUNICIPAL COURT**
SECTION B 8:00 A.M.

CAR NO. 7229  DISTRICT 2ND  ZONE H-204  ARREST CREDIT 97

BEFORE ME, THE UNDERSIGNED AUTHORITY, AT (LOCATION WHERE SWORN)
Loyola University Police Department
NEW ORLEANS, LOUISIANA, PERSONALLY CAME AND APPEARED
POLICE OFFICER Sgt. Dionne Paul  BADGE NO. 0648
WHO, FIRST BEING DULY SWORN, DID DEPOSE AND SAY, THAT HE HAS REASONABLE GROUNDS TO BELIEVE, AND DOES BELIEVE THAT ON Monday, THE 3rd DAY OF December YEAR 2007, AT OR ABOUT 10:55 A.M.
Derek Leroy McSmith, DEFENDANT
WHO GAVE HIS NAME ABOVE AND HIS BIRTHDATE 11/20/1966
RACE B  SEX M  AGE 41  AND HIS
ADDRESS 1920 Clio St N.O. LA 70113
EMPLOYMENT Labor Ready

DID AT 6363 St Charles St N.O. LA 70118
LOCATED IN THE CITY OF NEW ORLEANS, PARISH OF ORLEANS, STATE OF LOUISIANA, THEN AND THERE WANTONLY AND UNLAWFULLY VIOLATE
[X] CITY OF NEW ORLEANS CODE, AMMENDED 1995  [ ] LOUISIANA REVISED STATUTES

| STATUE/ORD.# | SECT./PARA. | VIOLATION |
|---|---|---|
| (1) 17271 MCS | 54-153 | relative to trespassing |
| (2) | | |
| (3) | | |
| (4) | | |

ALL AGAINST THE PEACE AND DIGNITY OF SAME

AFFIANT'S SIGNATURE
SWORN TO AND SUBSCRIBED BEFORE ME ON THE December DAY OF 3rd
YEAR 2007  Sgt. Dionne Paul
POLICE SUPERVISOR

**SUMMONS**

THEREFORE, YOU, THE ACCUSED:

ARE HEREBY, NOTIFIED AND SUMMONED BY THE AUTHORITY VESTED IN THE UNDERSIGNED POLICE OFFICER TO PERSONALLY APPEAR BEFORE SECTION B OF THE MUNICIPAL COURT OF NEW ORLEANS, LA., 727 SOUTH BROAD ST., ON THE 4th DAY OF December YEAR 2007 AT 8:00 A.M. TO BE ARRAIGNED WITHOUT FAIL; OTHERWISE A WARRANT FOR YOUR ARREST MAY BE SOUGHT ALL ACCORDING TO LAW, PARTICULARLY LA. C. CR. P. ART 211.

Sgt. Dionne Paul  BADGE NO. 0645
POLICE OFFICER
I ACKNOWLEDGE RECEIPT OF THE ABOVE SUMMONS.
ACCUSED _____

DEFENDANT

| Yahoo! | My Yahoo! | Mail | Tutorials | More | Make Y! your home page | Welcome, **lry_z** Sign Out | All-New Mail | Help |

# YAHOO! MAIL Classic

Search: [          ]  Web Search

| Mail | Contacts | Calendar | Notepad |   Mail For Mobile - Mail Upgrades - Options

[Check Mail] [Compose]                [          ] [Search Mail] [Search the Web]

Netflix Only $4.99/mo.

**Folders** [Add - Edit]
Inbox (1)
Draft
Sent
Bulk [Empty]
Trash [Empty]

**Search Shortcuts**
My Photos
My Attachments

See your credit score - free
Online Degree Programs
30 yr mortgage rates still low
How to become a Teacher, Nurse

Previous | Next | Back to Messages

[Delete] [Reply ▼] [Forward ▼] [Spam] [Move... ▼]

This message is not flagged. [ Flag Message - Mark as Unread ]    Printable View

**From:**  "Richard Snow" <snow@loyno.edu>  Add to Address Book  Add Mobile Alert
**To:**    "'Leroy Z'" <lry_z@yahoo.com>
**Subject:** RE: Government Documents
**Date:**  Wed, 2 Jan 2008 10:17:13 -0600

Lero Z,

Loyola bcame a partial depository in the early 1940s, exact date unknow. We currently have a limited collection of paper documents and are almost entirely electronic.

Richard Snow
Government Documents

---

**From:** Leroy Z [mailto:lry_z@yahoo.com]
**Sent:** Monday, December 17, 2007 2:53 PM
**To:** snow@loyno.edu
**Subject:** Government Documents

Mr. Snow:
    When your schedule allows it could you e-mail me and inform me of the date that your library became a federal depository. Secondly, could you provide me with a short summary of the current federal documents in your possession at the current time.
    The request pertains to the Monroe Library on the campus of Loyola University
at 6363 St. Charles Ave. N.O., LA. Thanking you in advance.

---

Never miss a thing. Make Yahoo your homepage.

[Delete] [Reply ▼] [Forward ▼] [Spam] [Move... ▼]

Previous | Next | Back to Messages           Save Message Text | Full Headers

[Check Mail] [Compose]                [          ] [Search Mail] [Search the Web]

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines