UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Leroy                                         CA# 2:07 CV 09251

v

Loyola University                    /

Rule Nisi

Plaintiff's Motion For Relief Pursuant to Fed. R. Civ. P. (6) (b)

is set for hearing on February 20, 08 courtroom C-268 at 9:30 a.m.

# CERTIFICATE OF SERVICE

I hereby certify that the attached has been served upon opposing counsel by placing a copy of same in the U.S. mail with sufficient postage attached addressed as follows: Loyola University 6363 Saint Charles Ave. New Orleans, LA

This the 22nd day of January MMVIII

_LeRoy_

745 Forest Parkway
Forest Park, GA 30297